WIELAND–WERKE AG, Prymetall GMBH & Co. KG, Schwermetall Halbzeugwerk GMBH & Co. KG, and Wieland Metals, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Eagle Brass Co., Heyco Metals, Inc., Luvata Buffalo, Inc. (now known as Luvata North America, Inc.), Olin Corporation–Brass Group (now known as

Global Brass and Copper, Inc.), PMX Industries, Inc., Revere Copper Products, Inc., and Scott Brass, Defendants–Appellees.

No. 2008–1141.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2008.

Michael T. Shor, Arnold & Porter, LLP, of Washington, DC, argued for plaintiffs-appellants.

Charles A. St. Charles, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation.

Kathleen W. Cannon, Kelley Drye & Warren, LLP, of Washington, DC, argued for defendants-appellees Eagle Brass Co., et al. With her on the brief were David A. Hartquist and Jeffrey S. Beckington.

MAYER, LOURIE and SCHALL, Circuit Judges.

#### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.